**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO.: 3:10-CV-163-FDW-DCK**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **MAIDA PONCE and MIRIAM MENOSCAL,** | |
| **Defendants.** | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 8) concerning Kenneth M. Swartz, filed August 30, 2010. Mr. Swartz seeks to appear as counsel *pro hac vice* for Defendant Maida Ponce.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Swartz is admitted to appear before this court *pro hac vice* on behalf of Defendant Maida Ponce.

Signed: August 30, 2010

David C. Keesler
United States Magistrate Judge